AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 09 FEB '18 1453 USDC-ORP

United States of America
v.

Anthony Wayne Dewey

*Defendant(s)*

Case No.  '18 -MJ-29

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 1, 2012 - August 8, 2017  in the county of _____ in the _____ District of  Oregon  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(a) | Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:
Please see attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Damon Bateson, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  02/09/2018

_____
*Judge's signature*

City and state:  Portland, OR

Hon. Paul J. Papak, U.S. Magistrate Judge
*Printed name and title*

STATE OF OREGON         )
                        )        AFFIDAVIT OF Damon W. Bateson
County of Multnomah     )

I, Damon W. Bateson, being duly sworn, do hereby depose and state as follows:

## Introduction and Agent Background

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI). I am currently assigned to the Portland Division of the FBI where I investigate violations of federal law, specifically bank robberies, crimes against children, and other violent crimes. I have had extensive training in law enforcement techniques and in conducting these types of investigations. I am trained in investigating a wide variety of violations of federal criminal law having received over 800 hours of training at the FBI Academy. Prior to joining the FBI, I served in the United States Navy as an officer and received specific training as a Legal Officer, which involves conducting investigations into violations of the Uniform Code of Military Justice (UCMJ) and acting a legal advisor to various commanding officers of operational units.

2. This affidavit is submitted in support of a criminal complaint and arrest warrant charging ANTHONY WAYNE DEWEY ("DEWEY"), with sexual exploitation of children, all in violation of Title 18, United States Code, Section 2251(a).

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Statement of Probable Cause

5.      On approximately June 26, 2017, Longview Police Department (LPD), in Longview, Washington, was contacted by an individual ("Minor Victim's Mother") who reported that her eleven-year-old child ("Minor Victim") had disclosed that an individual, ANTHONY WAYNE DEWEY, had made the Minor Victim touch DEWEY's penis inside his pants approximately a year ago.[1] According to the Minor Victim's Mother, the Minor Victim reported that, approximately one year ago, DEWEY had made the Minor Victim touch his erect penis inside his pants. The Minor Victim also stated that DEWEY had touched the Minor Victim's genital area and, according to the Minor Victim's Mother, stated that DEWEY had vaginally or anally penetrated the Minor Victim approximately three times over the last few years.[2] The sexual abuse was alleged to have occurred at DEWEY's former residence at 2250 Lee Avenue, Longview, WA.

6.      On or about July 6, 2017, the Minor Victim was forensically interviewed in Longview, WA. Among other things, the Minor Victim disclosed that, when the Minor Victim was seven or eight years old, DEWEY took nude pictures of the Minor Victim. According to the Minor Victim, the pictures were taken in Longview, WA.

---

[1] The names of the Minor Victim's Mother and the Minor Victim are known to me, but have been omitted in an effort to protect the victim's identity. They are available to the Court upon request.

[2] The Minor Victim's sex, as well as nature of the penetration (*i.e.* whether it was vaginal or anal), is known to me. This information has been omitted in an effort to protect the Minor Victim's identity, but is available to the Court upon request.

**Page 2 – Affidavit of Damon W. Bateson**

7.  The Minor Victim also disclosed that, around the same time, the Minor Victim awoke to find DEWEY inserting his finger into the Minor Victim's vagina or anus.[3]

8.  On August 2, 2017, Officers from LPD and St Helens Police Department (HPD) arranged a phone call between DEWEY and a private individual known to both him and the Minor Victim ("Cooperating Caller").[4] During the phone call, the Cooperating Caller told DEWEY that she was concerned about photos that he had taken of the Minor Victim when they were nude. DEWEY explained that the photos that he took of the Minor Victim were his attempt to mimic photographer Anne Geddes' work. DEWEY then spoke about how he "photo shopped" the picture on his computer to make the Minor Victim look like a fairy.

9.  That same day, Officers from HPD received a warrant from Circuit Court of Oregon for Columbia County to search DEWEY's residence in Helens, Oregon ("DEWEY's residence") and to arrest him for Sex Abuse I ORS 163.427.[5]

10. The next day, Officers from HPD received a warrant from the Circuit Court of Oregon for Columbia County to search DEWEY's residence for child pornography, photographs and photography equipment, and electronic devices. Multiple items of evidence were seized during the search warrant by HPD.

---

[3] The nature of the penetration (*i.e.* whether it was vaginal or anal) is known to me. This information has been omitted in an effort to protect the Minor Victim's identity, but is available to the Court upon request.

[4] The identity of the Cooperating Caller is known to me and is available to the Court upon request.

[5] The address for the residence is known to me and is available to the Court upon request.

Page 3 – **Affidavit of Damon W. Bateson**

11. On August 7, 2017, Officers from HPD received a warrant from the Circuit Court of Oregon for Columbia County to search the electronic devices seized from DEWEY's residence.

12. The following day, Officer Dustin King, HPD, and Officers from LPD, examined the seized electronic devices, including files stored on a white USB drive with "Tony Dewey" named engraved on it. In reviewing the files, Officer King saw a video file named 348-12b and observed that it depicted a nude prepubescent child lying on a bed, facing the camera. The child lacks any pubic hair and his/her body appears underdeveloped. King observed what appears to be an adult male insert his penis into the child's vagina or anus.[6] The child's face is blurred, but s/he appears to be conscious and moving around at times during the sexual assault. Based on the child's appearance, Officer King estimated him/her to be approximately 8 to 11 years old.

13. Based on my training and experience, as well as conversations with other law enforcement officers involved in the investigation of child exploitation crimes, I believe that the above-described video contains child pornography.

14. Officer King then inserted another seized USB drive and opened the folder titled "New Folder". Inside, Officer King found two separate video files. Both files had time stamps that dated to 2012. The first file appears to be a video depicting DEWEY raping and sodomizing a minor child that appeared to be 5-10 years of age based on, among other things, the child's genitals and lack of pubic hair. The second video appeared to be the same rape but from

---

[6] The child's sex, as well as nature of the penetration (*i.e.* whether it was vaginal or anal), is known to me. This information has been omitted in an effort to protect the victim's identity, but is available to the Court upon request.

Page 4 – Affidavit of Damon W. Bateson

a different camera angle.

15. Based on my training and experience, as well as conversations with other law enforcement officers involved in the investigation of child exploitation crimes, I believe that the above-described video contains child pornography.

16. LPD Officers interviewed an individual who knows DEWEY and who currently resides at DEWEY's former residence in Longview, WA.[7] The individual stated that he knew that DEWEY had lived at the residence in Longview, WA years ago, before DEWEY moved to St. Helens, OR (where DEWEY currently resides). The individual further stated that DEWEY had lived in the upstairs bedroom of the residence in Longview, WA. When the individual showed LPD the upstairs bedroom of the residence in Longview, WA, the LPD officer recognized the room as being the same room seen in the rape videos found on one of the previously seized USB drives.

17. Based on my training and experience, as well as conversations with other law enforcement officers involved in the investigation of child exploitation crimes, I believe that DEWEY produced the probably child pornography in Washington and transported it into Oregon, where it was found and seized by HPD officers.

---

[7] This individual's identity and the full address are known to me and are available to the Court upon request.

**Page 5 – Affidavit of Damon W. Bateson**

## Conclusion

18. Based on the foregoing, I submit there is probable cause to believe that ANTHONY WAYNE DEWEY has committed a violation of Title 18, United States Code, Section 2251(a), and request issuance of a warrant.

19. This affidavit and the requested arrest warrant were reviewed by Assistant United States Attorney Ravi Sinha who advised me that, in his opinion, probable cause exists to apply for an arrest warrant of ANTHONY WAYNE DEWEY.

Damon Bateson, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 9th day of February 2018.

The Honorable Paul J. Papak
United States Magistrate Judge

Page 6 – Affidavit of Damon W. Bateson